IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH A. SMITH,

      Plaintiff,                         No. CIV S-10-2566 MCE DAD PS

      v.

SACRAMENTO MAIN
COURTHOUSE, et al.,                  ORDER

      Defendants.
_____/

        Plaintiff, Kenneth A. Smith, proceeding pro se, has filed a motion requesting that this matter remain in the Eastern District of California. (Doc. No. 8.) The transfer of this matter is not currently being contemplated. Plaintiff's motion will therefore be denied as unnecessary.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's October 5, 2010 motion for the case to remain in the Eastern District of California (Doc. No. 8) is denied as unnecessary.

DATED: May 19, 2011.

                                                      _____
                                                      DALE A. DROZD
                                                      UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.prose\smith2566.trans.ord